# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v.  )<br>)<br>**DEENVAUGHN ROWE,** )<br>*Defendant.* )<br>) | 16-144-1 (TSC-1)<br><br>Motion to Withdraw as Counsel |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to LCrR 44.5(d), the undersigned, Elenore Wade, respectfully requests this Court grant her request to withdraw as counsel for the Defendant in the above-captioned case. The undersigned was retained by Defendant for the purposes of representation in a compassionate release motion and that representation has now concluded following the Order of this Court on April 23, 2021.

The undersigned has served a copy of this Motion to Defendant by first-class mail on October 8, 2021, at Defendant's last known address, to which he has been released on home confinement.

Respectfully submitted,

/s/ Elenore Wade
Elenore Wade, D.C. Bar No. 1617966
The George Washington University
Law School
Prisoner & Reentry Clinic
2000 G Street NW
Washington, DC 20052

(202) 431-7488
elenorewade@law.gwu.edu
*Counsel for Defendant*